# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBY DAY; DE ANN YOUNG; JASON GLUCKMAN; JANE DOES 1–24,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA LUTHERAN UNIVERSITY; CHRIS KIMBALL; MELISSA MAXWELL-DOHERTY; JIM McHUGH; and ROES 1 through 200, inclusive,<br><br>Defendants. | CASE NO.  8:21-cv-1286-JLS (DFMx)<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION FOR PLAINTIFFS TO AMEND COMPLAINT (FRCP 15); FOR DEFENDANTS TO RESPOND TO COMPLAINT; AND PROPOSED BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PURSUANT TO (L.R. 6-1) (Doc. 39)** |

Pursuant to the Stipulation for Extension for Plaintiffs to Amend Complaint (FRCP 15); For Defendants to Respond to Complaint; and Proposed Briefing Schedule for Defendants' Motion to Dismiss Pursuant to L.R. 6-1 (Doc. 39) filed by the parties, the schedule is so ordered:

- On or before December 31, 2021, Plaintiffs' Amended Complaint to be filed
- On or before January 28, 2022: Defendants' Motion to be filed, with a memorandum not to exceed forty five (45) pages

- On or before February 28, 2022: Plaintiffs' Opposition to be filed, with a memorandum not to exceed forty five (45) pages
- On or before March 21, 2022: Defendants' Reply to be filed

DATED:  December 27, 2021

_____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE