Henry A. Platt (SBN: 142304)
henry.platt@saul.com
**SAUL EWING ARNSTEIN & LEHR LLP**
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006-3434
Tel: (202) 342-3447
Fax: (202) 337-6065

Joshua W.B. Richards, *admitted pro hac vice*
Joshua.richards@saul.com
Amy L. Piccola, *admitted pro hac vice*
amy.piccola@saul.com
**SAUL EWING ARNSTEIN & LEHR LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Tel: (215) 972-7777
Fax: (215) 972-7725

*Limited appearance on behalf of Defendants California Lutheran University, Chris Kimball, Melissa Maxwell-Doherty, Jim McHugh, and Karin Grennan*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBY DAY; DE ANN YOUNG; JASON GLUCKMAN; JANE DOES 1–24,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA LUTHERAN UNIVERSITY; CHRIS KIMBALL; MELISSA MAXWELL-DOHERTY; JIM MCHUGH; KARIN GRENNAN and ROES 1 through 200, inclusive,<br><br>Defendants. | CASE NO. 8:21-cv-1286<br><br>**DEFENDANTS CALIFORNIA LUTHERAN UNIVERSITY, CHRIS KIMBALL, MELISSA MAXWELL-DOHERTY, JIM MCHUGH, AND KARIN GRENNAN'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date of Motion Hearing:<br>July 8, 2022 at 10:30 a.m.<br>The Hon. Josephine L. Staton |

**PLEASE TAKE NOTICE** that Defendants California Lutheran University, Chris Kimball, Melissa Maxwell-Doherty, Jim McHugh, and Karin Grennan (collectively, the "Defendants") have scheduled a hearing on their Motion to Dismiss

the First Amended Complaint on July 8, 2022 at 10:30 a.m. via Zoom.

For the reasons set forth in the memorandum of law filed concurrently with this Motion, Defendants move pursuant to Federal Rule of Civil Procedure 12(b)(5), Federal Rule of Civil Procedure 12(b)(6), and Cal. Civ. Proc. Code § 425.16 for an Order dismissing the First Amended Complaint in its entirety. More specifically, Defendants move to dismiss the First Amended Complaint on the following grounds: insufficient service of process as to Defendants California Lutheran University, Chris Kimball and Melissa Maxwell-Doherty; failure to serve the Complaint within 90-days of its filing; Counts 1-7 and Counts 9-13 fail to state a claim for relief; and Counts 1-7 and Count 13 are barred by California's Strategic Lawsuits Against Public Participation Statute, Cal. Civ. Proc. Code § 425.15.

This Motion is based upon the memorandum of law, the declaration of Henry Platt and exhibits thereto, and the declarations of Chris Kimball, Melissa Maxwell-Doherty, James McHugh, Karen Davis, and Norma Meza filed herewith; the records, pleadings, and papers on file in this action; any reply papers that may be filed in connection herewith; and the anticipated arguments of counsel at the hearing on this motion.

This Motion is made following the conferences of counsel pursuant to L.R. 7-3 which took place on November 17, 2021 and December 3, 2021.

Dated: January 28, 2022

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Henry A. Platt*
Henry A. Platt

*Attorneys for Defendants California Lutheran University, Chris Kimball, Melissa Maxwell-Doherty, Jim McHugh, and Karin Grennan*