# EXHIBIT "1"

CALIFORNIA LUTHERAN UNIVERSITY

# A–Z Directory

OFFICES PEOPLE SOCIAL MEDIA

**Name or E-mail:**

everyone

**Department:**

**Administration & Finance**

**Davis, Karen**
Vice President for Administration & Finance
Administration & Finance
kdavis@callutheran.edu
(805) 493-3164
Hansen Administration Bldg
Mail Code: 1210

**Meza, Norma**
Executive Assistant to VP & Financial Project Specialist
Administration & Finance
nameza@callutheran.edu
(805) 493-3164
Hansen Administration Bldg
Mail Code: 1210