# EXHIBIT “2”

REACH FOR THE STARS!

Cal Lutheran
CARES DAY

## April 6, 2022

# Norma Meza

*Submitted by Norma Meza*

As a mother of two teenage daughters and as a Cal Lutheran University Student, I can proudly state, that my experiences within the CSP program have been very positive. Everyone has been supportive of my journey in pursing my Master's Degree, from my supervisor, admissions staff to the faculty. They have definitely embodied a community of "Stronger Together".
I was quite nervous in going back to school after being out of school for so long and deciding to pursue an education within a pandemic was even more challenging. My experiences within the program and with my professors have been nothing but phenomenal. Their flexibility, support and professionalism have motivated and inspired me to continue this journey.

