# EXHIBIT "3"

VC Star.

NEWS

# Former softball team, coaches file lawsuit against Cal Lutheran



Shivani Patel
Ventura County Star

Published 5:07 p.m. PT Aug. 10, 2021

A lawsuit filed last month against California Lutheran University by former softball team members and coaches calls into question the institution's response to what the team contends was a "sham racially-derogatory event" in 2020.

The Thousand Oaks university and three administrators, including former CLU President Chris Kimball, are named in the complaint filed July 29 to the U.S. District Court for the Central District of California.

The 2019-20 softball coaches Debby Day, DeAnn Young, Jason Gluckman and all 24 members of the team — who are listed as Jane Does for privacy reasons — allege in the suit that the university blamed the racist event on a group "powerless to defend themselves" and made a show of punishing them to prove they were active in combatting racism on campus.

In total, the plaintiffs are accusing the university of 13 allegations, including breach of contract, libel, slander, retaliation and hostile work environment. They are asking for monetary compensation for damages — an exact amount wasn't listed pending trial.

University spokesperson Karin Grennan said the complaint was "riddled with a host of issues" including misstatements and falsehoods about issues that have been investigated, incorrect interpretations and false attributions.

"Given the depth and breadth of inaccuracies in the complaint, we look forward to defending ourselves — and correcting the record — in a court of law," she said.

## What happened

A large part of the suit hinges on the response to an alleged incident in which a few members of the Cal Lutheran softball team lip synced to a song. The students did so while wearing dark makeup, which some in the campus community identified as Blackface, Grennan told The Star in February 2020.

The suit states that the team has a tradition in which members break into groups and perform choreographed routines with costume and makeup at the end of their so-called "hell week."

One group performed to the TV show "The Fresh Prince of Bel-Air" theme song while allegedly wearing "hip hop costumes," makeup to resemble facial hair and curly-haired wigs at a Jan. 21, 2020 event.

Pictures and videos of this group were posted to the team's Instagram, and one of the coaches was told a university staff member had complained about the alleged Blackface in the content.

The suit states none of the coaches nor members believed the routines performed were offensive or derogatory and repeatedly highlights that Young — one of the coaches — is African American.

"Plaintiffs are informed and believe that the CLU administration was completely unaware that Coach Young was African-American when they made their false claims that the CLU Softball Team had engaged in a 'Blackface' performance in front of her during an event that she was jointly supervising," the suit states.

Still, the photos were soon taken down.

The suit argues that the "right to dress in 'hip-hop' clothing is not exclusive to people of color, and it is actually discriminatory racism to make such an assertion."

# Aftermath

An email went out Feb. 5, 2020, from university administration condemning Blackface and the use of racial slurs following the lip sync and a separate incident in which a student used a racial slur in a video posted to Snapchat. While the team was not specifically named in this email, the suit states a member of Cal Lutheran's student government allegedly confirmed the connection on social media.

This was allegedly done before any sort of investigation took place, the suit states.

The softball team allegedly sent an apology letter to administrators to be shared with the public after being "horrified, embarrassed, and fearful for their own safety due to the racially motivated harassment being instituted against them."

Grennan did not confirm existence of the letter citing federal privacy law.

The suit states plaintiffs believe the apology letter was "kept a secret" because "it discloses that Defendants misled the public into believing that an actual racist 'Blackface' event had occurred."

The team's upcoming Texas trip for away games was canceled and the coaches were put on administrative leave pending investigation of the incident days after the email, according to the complaint. There was also significant pushback from students on campus, Cal Lutheran's newspaper "The Echo" reported.

After meetings with the students and their parents, the suit states there was no official disciplinary action taken. But the defendants say they suffered severe emotional distress and, in the case of coaches Young and Gluckman, sought other employment due to the "intense harassment, defamation, and hostile work environment."

The student-athletes filed an internal student grievance complaint against some students and Kimball for the harassment they received, but no violations of the university's policies were found following investigation.

Kimball stepped down from his role in 2020, and The Star was not immediately able to reach him for comment.

## Allegations

The suit also makes other allegations against the university, including poor handling of racist events on campus, alleged disparate treatment of the softball team compared to other university sports teams and violations of Title IX, the federal law that prohibits sex-based discrimination and harassment.

Some of the allegations, Grennan said, were not new.

"On two separate occasions, the university hired two expert investigative law firms ... to review allegations that are now being raised in the complaint," she said. " ... Both firms completed thorough investigations of Title IX and student harassment allegations, respectively, and neither found any policy violations."

But Day, the softball coach, alleges that the inequities between the men's baseball and women's softball teams' facilities were not covered in the Title IX investigation in the complaint.

The suit also alleges the university was under investigation regarding its re-accreditation with a commission within the Western Association of Schools and Colleges "in part for its history of racial and gender equality-related failures."

Grennan said Cal Lutheran has "not, nor has it ever been 'under investigation'" by the association. During a 2020 check-in, the university was issued a notice of concern, highlighting issues the university should address including promoting and sustaining a commitment to diversity, equity and inclusion, The Echo reported in March.

The university still meets accreditation requirements, Grennan said.

*Shivani Patel covers education for The Star as a Report for America corps member. Reach her at shivani.patel@vcstar.com or 805-603-6573. She is also on Twitter at @shivaaanip.*