**JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP**
Michael J. Saltz, Esq. SBN 189751
msaltz@jrsnd.com
Elana R. Levine, Esq. SBN 234155
lani@jrsnd.com
1880 Century Park East, Suite 900
Los Angeles, CA 90067
Telephone: (310) 446-9900
Facsimile: (310) 446-9909

Attorneys for Plaintiffs

**Jacobson, Russell, Saltz, Nassim & de la Torre, LLP**
1880 Century Park East, Suite 900 Los Angeles, CA 90067
Tel.: 310.446.9900 • Fax: 310.446.9909

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DEBBY DAY; DE ANN YOUNG; JASON GLUCKMAN; JANE DOES 1-24,

Plaintiffs,

v.

CALIFORNIA LUTHERAN UNIVERSITY; CHRIS KIMBALL; MELISSA MAXWELL-DOHERTY; JIM MCHUGH; KARIN GRENNAN; and ROES 1 through 200, inclusive,

Defendants.

Case No.: 8:21-cv-1286-JLS (DFMx)

**DECLARATION OF RONALD R. REZAC IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Date: July 8, 2022
Time: 10:30 a.m.
Courtroom: 8A

The Hon. Josephine L. Staton

Jacobson, Russell, Saltz, Nassim & de la Torre, LLP
1880 Century Park East, Suite 900 Los Angeles, CA 90067
Tel.: 310.446.9900 • Fax: 310.446.9909

I, RONALD R. REZAC, hereby declare as follows:

1. I am over the age of 18. I have personal knowledge of the matters set forth in this declaration and if called as a witness, I could and would competently testify to these facts under oath.

2. I have approximately forty (40) years of experience in the attorney service industry, including service of process, and work for Rezac-Meyer Attorney Service, a company that bears my name.

3. I am, and at all times relevant herein was, a registered process server in the State of California, Registration Number 569. As such, I am familiar with the rules of service of process. It is, and has always been my business practice to not serve someone, or leave documents with someone, who said that they are not authorized to accept service. If someone says they are not authorized to accept service, my standard procedure is to then call into my office and ask whether there are further instructions from the client.

4. On or about October 29, 2021, I travelled to California Lutheran University located at 60 West Olsen Drive, Thousand Oaks, CA 91360 for the purpose of serving: 1) the agent for service of process for Defendant California Lutheran University; 2) Defendant Chris Kimball; 3) Defendant Jim McHugh; and 4) Defendant Melissa Maxwell-Doherty. Attached hereto as Exhibit “1” are the proofs of service that I prepared after service was effectuated on or about October 29, 2021.

5. Upon my arrival at said location, I went to the reception desk and introduced myself to the receptionist as a registered process server. I explained to the receptionist that I was there to serve a Summons and Complaint upon each of the afore-mentioned defendants. The receptionist told me to wait where I was and that she would get someone to help me.

6. The receptionist went back into the office area and returned a few minutes later with a person who informed me her name was Norma Meza, and that she was an Executive Assistant. I immediately noted that name and title. I then introduced myself to Ms. Meza as a registered process server and I explained to her that I was there to effectuate

service of process of a Summons and Complaint upon the afore-mentioned defendants. I then asked, as I was instructed to do by Plaintiffs' Counsel, if she was authorized to accept service of the summons and complaint on behalf of all of the Defendants. Ms. Meza responded in the affirmative that she was so authorized and told me that, if I handed her the documents, she would make sure that she would give them to the proper people.

7. Based upon Ms. Meza's representation that she was authorized to accept service of process of the subject Summons and Complaint for all of the afore-mentioned defendants that I was there to serve, I physically handed to her a Summons and Complaint for each Defendant and I thanked her for her cooperation. At all times during my interaction with Ms. Meza, I found her to be both pleasant and accommodating.

8. At no time did Ms. Meza ever represent to me that she was not authorized to accept service of process on behalf of all of said defendants. I know this for a fact because my company stood to make more money by engaging in more service attempts had Ms. Meza uttered anything remotely resembling the words that she was not authorized to accept service on behalf of any of the defendants. To put it another way, because Ms. Meza expressly represented that she was authorized to accept service on behalf of all of said defendants, my company was deprived of the opportunity to make more money on further service attempts with regard to the original Summons and Complaint in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 28, 2022 at Los Angeles, California.

Ronald R Rezac

Ronald R. Rezac

Jacobson, Russell, Saltz, Nassim & de la Torre, LLP
1880 Century Park East, Suite 900 Los Angeles, CA 90067
Tel.: 310.446.9900 • Fax: 310.446.9909