# EXHIBIT "1"

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:21-cv-1286-JLS (DFMx)

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* CALIFORNIA LUTHERAN UNIVERSITY
was received by me on *(date)* 10/29/21 .

☒ I personally served the summons on the individual at *(place)* 60 WEST OLSEN ROAD, THOUSAND OAKS, CA 91360 on *(date)* 10/29/21 ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* NORMA MEZA, EXECUTIVE ASSISTANT / AUTHORIZED TO ACCEPT SERVICE , a person of suitable age and discretion who resides there, on *(date)* 10/29/21 , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* NORMA MEZA, EXECUTIVE ASSISTANT / AUTHORIZED TO ACCEPT SERVICE , who is designated by law to accept service of process on behalf of *(name of organization)* CALIFORNIA LUTHERAN UNIVERSITY on *(date)* 10/29/21 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/2/21

*Server's signature*

RONALD R. REZAC - PROCESS SERVER

*Printed name and title*

800 W. 1ST STREET, SUITE 200B
LOS ANGELES, CA 90012

*Server's address*

Additional information regarding attempted service, etc:

TICKET # 1142101

DOCUMENT LIST:
SUMMONS IN A CIVIL ACTION;
COMPLAINT;
CIVIL COVER SHEET;
NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;
CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1);
INITIAL STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE JOSEPHINE L. STANTON

RONALD R. REZAC
REGISTRATION #: 569
COUNTY: VENTURA

Civil Action No. 8:21-cv-1286-JLS (DFMx)

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* CHRIS KIMBALL C/O CALIFORNIA LUTHERAN UNIVERSITY was received by me on *(date)* 10/29/21 .

☒ I personally served the summons on the individual at *(place)* 60 WEST OLSEN ROAD, THOUSAND OAKS, CA 91360 on *(date)* 10/29/21 ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* NORMA MEZA, EXECUTIVE ASSISTANT / AUTHORIZED TO ACCEPT SERVICE , a person of suitable age and discretion who resides there, on *(date)* 10/29/21 , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* NORMA MEZA, EXECUTIVE ASSISTANT / AUTHORIZED TO ACCEPT SERVICE , who is designated by law to accept service of process on behalf of *(name of organization)* CHRIS KIMBALL C/O CALIFORNIA LUTHERAN UNIVERSITY on *(date)* 10/29/21 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/2/21

[signature]
*Server's signature*

RONALD R. REZAC - PROCESS SERVER
*Printed name and title*

800 W. 1ST STREET, SUITE 200B
LOS ANGELES, CA 90012
*Server's address*

Additional information regarding attempted service, etc:

TICKET # 1142102

DOCUMENT LIST:
SUMMONS IN A CIVIL ACTION;
COMPLAINT;
CIVIL COVER SHEET;
NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;
CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1);
INITIAL STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE JOSEPHINE L. STANTON

RONALD R. REZAC
REGISTRATION #: 569
COUNTY: VENTURA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:21-cv-1286-JLS (DFMx)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JIM MCHUGH C/O CALIFORNIA LUTHERAN UNIVERSITY was received by me on *(date)* 10/29/21 .

☒ I personally served the summons on the individual at *(place)* 60 WEST OLSEN ROAD, THOUSAND OAKS, CA 91360 on *(date)* 10/29/21 ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* NORMA MEZA, EXECUTIVE ASSISTANT / AUTHORIZED TO ACCEPT SERVICE , a person of suitable age and discretion who resides there, on *(date)* 10/29/21 , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* NORMA MEZA, EXECUTIVE ASSISTANT / AUTHORIZED TO ACCEPT SERVICE , who is designated by law to accept service of process on behalf of *(name of organization)* JIM MCHUGH C/O CALIFORNIA LUTHERAN UNIVERSITY on *(date)* 10/29/21 ; or

☐ I returned the summons unexecuted because ____________ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/2/21

[signature]
*Server's signature*

RONALD R. REZAC - PROCESS SERVER
*Printed name and title*

800 W. 1ST STREET, SUITE 200B
LOS ANGELES, CA 90012
*Server's address*

Additional information regarding attempted service, etc:

TICKET # 1142099

DOCUMENT LIST:

SUMMONS IN A CIVIL ACTION;
COMPLAINT;
CIVIL COVER SHEET;
NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;
CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1);
INITIAL STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE JOSEPHINE L. STATON

RONALD R. REZAC
REGISTRATION #: 569
COUNTY: VENTURA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:21-cv-1286-JLS (DFMx)

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* MELISSA MAXWELL-DOHERTY C/O CALIFORNIA LUTHERAN UNIVERSITY was received by me on *(date)* 10/29/21 .

☒ I personally served the summons on the individual at *(place)* 60 WEST OLSEN ROAD, THOUSAND OAKS, CA 91360 on *(date)* 10/29/21 ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* NORMA MEZA, EXECUTIVE ASSISTANT / AUTHORIZED TO ACCEPT SERVICE , a person of suitable age and discretion who resides there, on *(date)* 10/29/21 , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* NORMA MEZA, EXECUTIVE ASSISTANT / AUTHORIZED TO ACCEPT SERVICE , who is designated by law to accept service of process on behalf of *(name of organization)* MELISSA MAXWELL-DOHERTY C/O CALIFORNIA LUTHERAN UNIVERSITY on *(date)* 10/29/21 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/2/21

[signature]
*Server's signature*

RONALD R. REZAC - PROCESS SERVER
*Printed name and title*

800 W. 1ST STREET, SUITE 200B
LOS ANGELES, CA 90012
*Server's address*

Additional information regarding attempted service, etc:

TICKET # 1142100

DOCUMENT LIST:
SUMMONS IN A CIVIL ACTION;
COMPLAINT;
CIVIL COVER SHEET;
NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;
CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7 1-1);
INITIAL STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE JOSEPHINE L. STANTON

RONALD R. REZAC
REGISTRATION #: 569
COUNTY: VENTURA