Henry A. Platt (SBN: 142304)
henry.platt@saul.com
**SAUL EWING ARNSTEIN & LEHR LLP**
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006-3434
Tel: (202) 342-3447
Fax: (202) 337-6065

Joshua W.B. Richards, *admitted pro hac vice*
Joshua.richards@saul.com
Amy L. Piccola, *admitted pro hac vice*
amy.piccola@saul.com
**SAUL EWING ARNSTEIN & LEHR LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Tel: (215) 972-7777
Fax: (215) 972-7725

*Limited appearance on behalf of Defendants California Lutheran University, Chris Kimball, Melissa Maxwell-Doherty, Jim McHugh, and Karin Grennan*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DEBBY DAY; DE ANN YOUNG; JASON GLUCKMAN; JANE DOES 1–24,

Plaintiffs,

v.

CALIFORNIA LUTHERAN UNIVERSITY; CHRIS KIMBALL; MELISSA MAXWELL-DOHERTY; JIM MCHUGH; KARIN GRENNAN and ROES 1 through 200, inclusive,

Defendants.

CASE NO. 8:21-cv-1286

**DECLARATION OF HENRY A. PLATT IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Date: July 8, 2022
Time: 10:30 a.m.
Courtroom: 8A

I, Henry A. Platt, declare as follows:

1. I am a partner in the law firm Saul Ewing Arnstein & Lehr LLP, counsel for Defendants California Lutheran University ("CLU"), Chris Kimball, Melissa Maxwell-Doherty, Jim McHugh, and Karin Grennan ("Defendants") in this proceeding. I am admitted to practice before this Court.

2. I make this declaration based on personal knowledge, except where otherwise stated. If called to testify, I could and would competently testify to the following facts.

3. On page 1 of Defendants' Reply Memorandum of Law submitted herewith, Defendants have affixed an accurate still-shot from the video of the lip-syncing performance by members of the CLU Softball Team that is the subject of this action. Following the posting of the video on social media, CLU preserved the video directly from social media and provided the video to counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of April, 2022, at Kensington, Maryland.

*/s/ Henry A. Platt*
Henry A. Platt