UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:21-cv-01286-JLS-DFMx | Date | July 8, 2022 |
| Title | Debby Day et al v. California Lutheran University et al | | |

PRESENT:

**HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Patricia Kim
Deputy Clerk

Maria Bustillos
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

Michael Saltz
Elana Levine

ATTORNEYS PRESENT FOR DEFENDANT:

Henry Platt
Joshua Richards

**PROCEEDINGS: Defendant's Motion to Dismiss Case [58]**

Motion hearing held on Zoom. The Court hears oral argument from the parties. The Court takes the Motion under submission. Order to issue.

00 : 35

Initials of Deputy Clerk pk

cc: