**JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP**
Michael J. Saltz, Esq. SBN 189751
msaltz@jrsnd.com
Elana R. Levine, Esq. SBN 234155
lani@jrsnd.com
1880 Century Park East, Suite 900
Los Angeles, CA 90067
Telephone: (310) 446-9900
Facsimile: (310) 446-9909

Attorneys for Plaintiffs

**Jacobson, Russell, Saltz, Nassim & de la Torre, LLP**
1880 Century Park East, Suite 900 Los Angeles, CA 90067
Tel.: 310.446.9900 • Fax: 310.446.9909

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DEBBY DAY; et al,

Plaintiffs,

v.

CALIFORNIA LUTHERAN UNIVERSITY; et al,

Defendants.

Case No.: 8:21-cv-01286-JLS-DFM

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE REGARDING DISMISSAL OF PAGA CLAIM FOR LACK OF SUPPLEMENTAL JURISDICTION**

Jacobson, Russell, Saltz, Nassim & de la Torre, LLP
1880 Century Park East, Suite 900 Los Angeles, CA 90067
Tel.: 310.446.9900 • Fax: 310.446.9909

On August 29, 2022, the Court issued an Order to Show Cause why it "should not dismiss the PAGA claim for lack of supplemental jurisdiction." (See Docket 86, p. 28). In response to the Order to Show Cause, Plaintiffs respond that they have no objection to the Court dismissing the subject PAGA claims as indicated above, so long as the dismissal is entered without prejudice to Plaintiffs pursuing said PAGA claims in state court.

Respectfully Submitted,

**Jacobson, Russell, Saltz, Nassim & de la Torre, LLP**

/s/ Michael J. Saltz
Michael J. Saltz, Esq.