Henry A. Platt (SBN: 142304)
henry.platt@saul.com
**SAUL EWING ARNSTEIN & LEHR LLP**
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006-3434
Tel: (202) 342-3447
Fax: (202) 337-6065

Joshua W.B. Richards, *admitted pro hac vice*
Joshua.richards@saul.com
Amy L. Piccola, *admitted pro hac vice*
amy.piccola@saul.com
**SAUL EWING ARNSTEIN & LEHR LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Tel: (215) 972-7777
Fax: (215) 972-7725

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBBY DAY; DE ANN YOUNG; JASON GLUCKMAN; RILEE GRAU; COURTNEY HAAPANEN; MEGAN DILLON; GENEVIEVE AVALOS; NATALIE LUNA; MARISSA ALFAIA; BRITTANY WORKMAN; NATALIE WINOKUR; OLIVIA SERRANO; SIERRA SCALI; STEPHANIE RAMIREZ; BRIELLE WORKMAN; CATHERINE SLABAUGH; LAUREN SALVATI; KENDALL MARINESI; SIENNA PEREZ; MIA ONESTO; ARIANA MENDOZA; MEGHAN HENRY; MADISON GUNN; ALEXA FINDLEY; CELESTE EKMAN; TARYN FAULL; SAMMY EDMONDS,<br><br>          Plaintiffs,<br><br>v.<br><br>CALIFORNIA LUTHERAN UNIVERSITY; CHRIS KIMBALL; MELISSA MAXWELL-DOHERTY; JIM McHUGH; KARIN GRENNAN; | CASE NO. 8:21-cv-1286<br><br>**DEFENDANTS CALIFORNIA LUTHERAN UNIVERSITY, CHRIS KIMBALL, MELISSA MAXWELL-DOHERTY, JIM MCHUGH, AND KARIN GRENNAN'S NOTICE OF APPEAL**<br><br>The Hon. Josephine L. Staton |

| | |
|---|---|
| and ROES 1 through 200, inclusive, | |
| Defendants. | |

Notice is hereby given that California Lutheran University, Chris Kimball, Melissa Maxwell-Doherty, Jim McHugh, and Karin Grennan, Defendants in the above-captioned proceeding, hereby appeal to the United States Court of Appeals for the Ninth Circuit, in part, from the Order Granting in Part and Denying in Part Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint ("Order") (Doc. 86) entered in this action on August 29, 2022, a copy of which is attached hereto as Exhibit "A." Specifically, pursuant to 28 U.S.C. § 1291 and the collateral order doctrine, and Rule 3 of the Federal Rules of Appellate Procedure, Defendants appeal from the denial of Defendants' Motion to Strike made pursuant to Cal. Civil Code § 425.16 (the "anti-SLAPP Motion") with respect to Plaintiffs' libel, slander, false light and Plaintiff Day's Unfair Competition Law claims (Counts Two, Three, Four and Thirteen of the First Amended Complaint) as set forth on page 25 of the Order (Doc 86) ("The Court denies Defendants' anti-SLAPP motion insofar as the Court has already found Plaintiffs' defamation claims and Plaintiff Day's UCL claim legally sufficient.").

Dated: September 7, 2022    Respectfully submitted,

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Henry A. Platt*
    Henry A. Platt

*Attorney for Defendants California Lutheran University, Chris Kimball, Melissa Maxwell-Doherty, Jim McHugh, and Karin Grennan*