UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 23 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DEBBY DAY; et al.,

Plaintiffs - Appellees,

v.

CALIFORNIA LUTHERAN UNIVERSITY; et al.,

Defendants - Appellants.

No. 22-55825

D.C. No. 8:21-cv-01286-JLS-DFM
U.S. District Court for Central California, Santa Ana

**MANDATE**

The judgment of this Court, entered August 01, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT