UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:21-cv-01286-JLS-DFM Date: September 28, 2023
Title: Debby Day et al v. California Lutheran University et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Gabby Garcia | N/A |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT (Doc. 58)**

On August 30, 2022, the Court issued an Order Granting in Part and Denying in Part the Defendants' Motion to Dismiss the First Amended Complaint ("FAC") (Doc. 86.) That Order laid out the facts of this action. (*See* Order at 1–6.) In brief, Plaintiffs are several softball players and their softball coach who sued the California Lutheran University and several University employees for perceived mistreatment and scapegoating after the players were accused of engaging in a racially charged performance. Plaintiffs brought claims for: 1) breach of contract, 2) slander, 3) libel, 4) false light, 5) intentional infliction of emotional distress ("IIED"), 6) negligent infliction of emotion distress ("NIED"), 7) negligence, 8) violation of Title IX, 9) retaliation, 10) hostile work environment, 11) constructive termination, 12) violation of Cal. Labor Code § 2699, and 13) violation of Cal. Bus. Code § 17200. (*See generally* FAC, Doc. 78.)

In its Order, the Court considered which of Plaintiffs' 13 claims had been sufficiently pleaded. The Court dismissed six of the causes of action with leave to amend—the claims for breach of contract, IIED, NIED, negligence, hostile work environment, and constructive termination. (Order at 27.) The Court denied the Motion to Dismiss as to four of the causes of action, finding that the claims for slander, libel, false light, and retaliation were adequately pleaded. (*Id.* at 12–15, 18–20). Finally, the Court could not determine from the FAC whether it had subject-matter jurisdiction over

the twelfth cause of action for violations of Cal. Labor Code § 2699 and ordered Plaintiffs to show cause why it should not decline supplemental jurisdiction over that claim. (*Id.* at 22–23.) Plaintiffs responded (Doc. 87), saying they did not object to the Court dismissing this claim and so the Court dismissed it from the case on September 6, 2022. (*See* Order Dismissing Twelfth Cause of Action, Doc. 88.) As to the eighth cause of action for violations of Title XI, Defendants did not move to dismiss that claim and the Court never considered that claim in its Order. The Court's Order gave Plaintiffs 14 days to file any amended complaint, but Defendants filed their Notice of Appeal (Doc. 89) eight days later and, ten days later, on September 9, the Court stayed the action pending appeal (Doc. 91).

Defendants appealed pursuant to California's Strategic Lawsuit Against Public Participation ("anti-SLAPP") statute. On appeal, the Ninth Circuit held that Plaintiffs had not stated a legally sufficient claim for slander, libel, or false light because the allegedly defamatory statements were privileged under the common-interest privilege. *Day v. Cal. Lutheran Univ.*, 2023 WL 4893650, at *1–2 (9th Cir. 2023). The Ninth Circuit also concluded that the alleged violation of Cal. Bus. Code § 17200 required Plaintiffs to plead "lost money or property" and that the FAC failed to allege "any concrete economic injury. *Id.* at *2. The case has now been remanded for further proceedings consistent with the Ninth Circuit's opinion.

Because the common-interest privilege applies to Defendants' allegedly defamatory statements, Plaintiffs second, third, and fourth causes of action for slander, libel, and false light are barred by that privilege. Those claims are therefore DISMISSED WITH PREJUDICE.

As to the thirteenth cause of action for violating Cal. Bus. Code § 17200, the Court reads the Ninth Circuit's opinion to suggest that Plaintiffs could state a claim if they are able to plead a more concrete injury. This claim is therefore DISMISSED WITH LEAVE TO AMEND.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:21-cv-01286-JLS-DFM Date: September 28, 2023
Title: Debby Day et al v. California Lutheran University et al

The remainder of the Court's rulings on the Motion to Dismiss remain unchanged by the outcome of the appeal. The first, fifth, sixth, seventh, tenth, and eleventh causes of action for breach of contract, IIED, NIED, negligence, hostile work environment, and constructive termination are still DISMISSED WITH LEAVE TO AMEND. The ninth cause of action for retaliation remains adequately pleaded and nothing in the Ninth Circuit's opinion calls that ruling into question. And the eighth cause of action for violation of Title IX has never been ruled on and remains in the case.

## I. CONCLUSION

For the above reasons, the status of Plaintiffs' claims following remand are as follows:

- First Cause of Action (Breach of Contract) is DISMISSED with leave to amend.
- Second Cause of Action (Slander) is DISMISSED WITH PREJUDICE.
- Third Cause of Action (Libel) is DISMISSED WITH PREJUDICE.
- Fourth Cause of Action (False Light) is DISMISSED WITH PREJUDICE.
- Fifth Cause of Action (Intentional Infliction of Emotional Distress) is DISMISSED with leave to amend.
- Sixth Cause of Action (Negligent Infliction of Emotional Distress) is DISMISSED with leave to amend.
- Seventh Cause of Action (Negligence) is DISMISSED with leave to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:21-cv-01286-JLS-DFM Date: September 28, 2023
Title: Debby Day et al v. California Lutheran University et al

amend.

- Tenth Cause of Action (Hostile Work Environment) is DISMISSED with leave to amend.

- Eleventh Cause of Action (Constructive Termination) is DISMISSED with leave to amend.

- Twelfth Cause of Action (Violation of Cal. Labor Code § 2699) is DISMISSED pursuant to the Court's September 6 Order.

- Thirteenth Cause of Action (Violation of Cal. Bus. Code § 17200) is DISMISSED with leave to amend.

The Eighth Cause of Action (Violation of Title IX) and the Ninth Cause of Action (Retaliation) may proceed as pleaded in the FAC.

Plaintiffs are GRANTED LEAVE TO AMEND the pleading, correcting the deficiencies identified herein in a manner consistent with all Rule 11 obligations. Plaintiffs are reminded carefully to review the Court's specific instructions in its previous Order, laying out the insufficiencies for each claim. Plaintiffs may not add claims or new defendants to their pleading. Any amended complaint shall be filed within **fourteen (14) days** of the date of this Order. Any claim not included in a timely-filed amended complaint will be deemed dismissed without leave to amend.

Initials of Deputy Clerk: gga