UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 22 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DEBBY DAY, *et al.*, | No. 22-55825 |
| Plaintiffs-Appellees, | D.C. No. 8:21-cv-01286-JLS-DFM |
| v. | |
| CALIFORNIA LUTHERAN UNIVERSITY, *et al.*, | ORDER |
| Defendants-Appellants. | |

Before: SANCHEZ and MENDOZA, Circuit Judges, and JACKSON,\*\* District Judge.

Defendant-Appellants California Lutheran University, Chris Kimball, Melissa Maxwell-Doherty, Jim McHugh, and Karin Grennan ("Defendants") are entitled to attorney's fees on appeal pursuant to California Code of Civil Procedure § 425.16(c)(1). The determination of an appropriate amount of fees is referred to Appellate Commissioner Lisa B. Fitzgerald, who has authority to conduct whatever proceedings she deems appropriate and to enter an order awarding fees subject to reconsideration by the panel. *See* 9th Cir. R. 39-1.9.

---

\*\* The Honorable Brian A. Jackson, United States District Judge for the Middle District of Louisiana, sitting by designation.