# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBY DAY; et al,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CALIFORNIA LUTHERAN, et al,<br><br>　　　　　Defendants. | CASE NO. 8:21-cv-1286<br><br>Hon. Josephine L. Staton<br><br>**ORDER GRANTING CONTINUANCE ON BRIEFING SCHEDULE AND HEARING ON MOTION TO DISMISS (Doc. 105)** |

　　　Pursuant to the Stipulation to Continue Hearing Date (Doc. 105), filed by the parties, and for good cause, the following briefing schedule and hearing date is so ordered:

- December 29, 2023: Defendants' Reply to be filed
- January 12, 2024: Hearing on Defendants' Motion to Dismiss

DATED: November 30, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE