# NO FURTHER EXTENSIONS WILL BE GRANTED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBY DAY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>CALIFORNIA LUTHERAN UNIVERSITY, *et al.*,<br><br>    Defendants | CASE NO. 8:21-cv-1286-JLS-DFM<br><br>**ORDER ON STIPULATION TO EXTEND DEADLINE FOR RESPONSIVE PLEADING TO THIRD AMENDED COMPLAINT AND DEADLINES AND HEARING DATE FOR MOTION FOR ATTORNEYS' FEES (Doc. 115)** |

The Court having considered the Stipulation to Extend the Deadline for Responsive Pleading to the Third Amended Complaint and the Deadlines and Motion Hearing Date for the Motion for Attorneys' Fees (the "Stipulation") (Doc. 115), and finding good cause therefore, hereby **APPROVES** the Stipulation and **EXTENDS** the deadlines as follows:

- The deadline for Defendants to file a responsive pleading to Plaintiffs' Third Amended Complaint is extended to June 3, 2024;
- The deadline for Plaintiffs' Opposition to Defendants Motion for Attorneys Fees is extended to May 17, 2024;
- The deadline for Defendants' Reply in Support of their Motion for Attorneys' Fees is extended to May 24, 2024;
- The Motion Hearing date for Defendants' Motion for Attorneys' Fees is rescheduled for June 7, 2024.

**IT IS SO ORDERED.**

DATED: March 18, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE