Henry A. Platt (SBN: 142304)
henry.platt@saul.com
**SAUL EWING LLP**
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006-3434
Tel:  (202) 342-3447
Fax: (202) 337-6065

Joshua W.B. Richards, *admitted pro hac vice*
Joshua.richards@saul.com
**SAUL EWING LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Tel: (215) 972-7777
Fax: (215) 972-7725
*Attorneys for Defendants*

Michael J. Saltz, Esq.  SBN 189751
msaltz@jrsnd.com
**JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP**
1880 Century Park East, Suite 900
Los Angeles, CA  90067
Telephone:  (310) 446-9900
Facsimile:   (310) 446-9909
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBY DAY, *et al.*,<br>       Plaintiffs,<br>   v.<br>CALIFORNIA LUTHERAN UNIVERSITY, *et al.*,<br><br>       Defendants | CASE NO. 8:21-cv-1286<br><br>**NOTICE OF SETTLEMENT**<br><br>The Hon. Josephine L. Staton |

PLEASE TAKE NOTICE that California Lutheran University, Chris Kimball, Melissa Maxwell-Doherty, Jim McHugh, and Karin Grennan (collectively "**Defendants**"), Debby Day ("**Day**"), De Ann Young and Jason Gluckman (the "**Former Coaches**"), and Rilee Grau, Courtney Haapanen, Megan Dillon, Genevieve Avalos, Natalie Luna, Marissa Alfaia, Brittany Workman, Natalie Winokur, Olivia Serrano, Sierra Scali, Stephanie Ramirez, Brielle Workman, Catherine Slabaugh, Lauren Salvati, Kendall Marinesi, Sienna Perez, Mia Onesto, Ariana Mendoza, Meghan Henry, Madison Gunn, Alexa Findley, Celeste Ekman, Taryn Faull, and Sammy Edmonds (the "**Softball Players**"), (collectively referred to as the "**Parties**") by and through their respective counsel, have reached a settlement in this matter. The Parties therefore respectfully request that the Court enter the attached proposed order to resolve the case.

///

///

///

Dated: July 11, 2024

**S**AUL **E**WING **LLP**

By: */s/ Joshua W.B. Richards*
Joshua W.B. Richards

*Attorney for Defendants*

Dated: July 11, 2024

**JACOBSON, RUSSELL, SALTZ, NASSIM & DE LA TORRE, LLP**

By: */s/ Michael J. Saltz*
Michael J. Saltz

*Attorney for Debby Day*

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

3