JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBY DAY; et al,<br><br>        Plaintiffs,<br><br>v.<br><br>CALIFORNIA LUTHERAN, et al,<br><br>        Defendants. | CASE NO.  8:21-cv-01286-JLS-DFM<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Stipulations of Dismissal (Docs. 121, 122, & 123), the Notice of Settlement (Doc. 125), and Federal Rule of Civil Procedure 41(a), the Court orders that all claims in this action brought by Plaintiffs Debby Day, De Ann Young and Jason Gluckman, Rilee Grau, Courtney Haapanen, Megan Dillon, Genevieve Avalos, Natalie Luna, Marissa Alfaia, Brittany Workman, Natalie Winokur, Olivia Serrano, Sierra Scali, Stephanie Ramirez, Brielle Workman, Catherine Slabaugh, Lauren Salvati, Kendall Marinesi, Sienna Perez, Mia Onesto, Ariana Mendoza, Meghan Henry, Madison Gunn, Alexa Findley, Celeste Ekman, Taryn Faull, and Sammy Edmonds, are dismissed with prejudice. It is further ordered that the agreement between the parties shall govern all questions of attorneys' fees in this action. The Clerk of the Court is directed to close this case as to all claims brought by Plaintiffs.

**IT IS SO ORDERED.**

DATED: July 14, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE